437 A.2d 939

**COMMONWEALTH of Pennsylvania**

v.

**David STOKES, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 27, 1981.

Decided Dec. 17, 1981.

Roland J. Atkins, Philadelphia (court-appointed), for appellant.

Robert B. Lawler, Chief, Appeals Div., Nancy D. Hasser, Philadelphia, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

### ORDER

PER CURIAM:

Judgment of Sentence affirmed.